IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS -
SAN ANTONIO DIVISION

FILED

MAR 12 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY M.A.
DEPUTY

ALEXIS ALEX and NICOLETTE PRIETO,

Plaintiffs,

v.

KHG OF SAN ANTONIO, L.L.C. D/B/A TIFFANY'S CABARET,

Defendant.

Civil Case No. 5:13-CV-00728

**VERDICT OF THE JURY**

**Jury Question No. 1**

1(a): Has Plaintiff Alexis Alex proven that Defendant violated her rights under the FLSA by:

A. Failing to pay plaintiff her minimum wage?

ANSWER: "Yes" or "No": YES

B. Misappropriating her tips?

ANSWER: "Yes" or "No": YES

1(b): Has Plaintiff Nicolette Prieto proven that Defendant violated her rights under the FLSA by:

A. Failing to pay plaintiff her minimum wage?

ANSWER: "Yes" or "No": YES

B. Misappropriating her tips?

ANSWER: "Yes" or "No": YES

**If you answered "Yes" to any of the above in Question No. 1, then proceed to Question No. 2. Otherwise, stop.**

**Jury Question No. 2**

2(a): Has Plaintiff Alexis Alex proven that Defendant either knew its conduct was prohibited by the FLSA or showed reckless disregard for whether its conduct was prohibited by the FLSA?

ANSWER: "Yes" or "No": YES

**If "Yes," you should award damages to Alexis Alex for the 3 year period from August 14, 2010 to August 14, 2013.**

**If "No," you should award damages to Alexis Alex for the 2 year period from August 14, 2011 to August 14, 2013.**

---

2(b): Has Plaintiff Nicolette Prieto proven that Defendant either knew its conduct was prohibited by the FLSA or showed reckless disregard for whether its conduct was prohibited by the FLSA?

ANSWER: "Yes" or "No": YES

**If "Yes," you should award damages to Nicolette Prieto for the 3 year period from August 14, 2010 to August 14, 2013.**

**If "No," you should award damages to Nicolette Prieto for the 2 year period from August 14, 2011 to August 14, 2013.**

**Jury Question No. 3**

What amount of unpaid minimum wages, if any, do you find that:

(a) Plaintiff Alexis Alex is entitled to recover?

ANSWER in dollars and cents: $35,017.50.

(b) Plaintiff Nicolette Prieto is entitled to recover?

ANSWER in dollars and cents: $39,440.00.

**Jury Question No. 4**

What amount of misappropriated tips, if any, do you find that:

(a) Plaintiff Alexis Alex is entitled to recover?

ANSWER in dollars and cents: $ 11,592.00

(b) Plaintiff Nicolette Prieto is entitled to recover?

ANSWER in dollars and cents: $ 11,424.00

What amount of house fees do you find that:

(a) Plaintiff Alexis Alex is entitled to recover?

ANSWER in dollars and cents: $ 14,352.00

(b) Plaintiff Nicolette Prieto is entitled to recover?

ANSWER in dollars and cents: $ 14,144.00

SO SAY WE ALL.



FOREPERSON

DATE: 3/12/15