UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEXIS ALEX and<br>NICOLETTE PRIETO,<br><br>                Plaintiffs,<br><br>    v.<br><br>KHG OF SAN ANTONIO, LLC D/B/A<br>TIFFANY'S CABARET,<br><br>                Defendant. | Civ. Action No. 5:13-cv-0728(RCL) |

## ORDER

Before the court is the plaintiffs' motion [135, 136] for attorneys' fees and costs. Upon consideration of the plaintiffs' motion, the defendant's opposition [138], the plaintiff's reply [139] thereto, the record herein, and the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' motion [135] for attorneys' fees and costs are granted as follows:

- Robert Debes: 123.6 hours at $325 per hour = $40,170

- Martin Shellist: 69.5 hours at $325 per hour= $22,587.50

- Ricardo Prieto: 307.8 hours at $250 per hour= $76,950

- Legal Assistants: 6.4 hours at $90 per hour= $576

The defendant shall pay costs in the total amount of $21,913.27.

The total amount awarded to plaintiffs' counsel will be $162,196.77.

A separate order consistent with this Opinion shall issue on this 28th day of August, 2015.

**IT IS SO ORDERED** this 28th day of August, 2015.

*[signature: Royce C. Lamberth]*

The Honorable Royce C. Lamberth
U.S. District Court Judge